**91–975.** State, ex rel. Crisp, v. Indus. Comm. *Franklin County*, No. 90AP–602. On motion for leave to file appellant's brief instanter. Motion granted.

MOYER, C.J., dissents; the motion was filed out of rule.

WRIGHT, J., dissents.

**91–1093.** State v. Dawud El Amin. *Butler County*, No. CA89–05–075. On motion to reconsider denial of motion to exceed page limit. Motion denied.

RESNICK, J., dissents.

**91–1117.** Ginnis v. Atlas Painting & Sheeting Co. *Mahoning County*, No. 90 C.A. 124. On motion for leave to file memorandum in support instanter. Motion granted.

MOYER, C.J., dissents.

**91–1164.** State v. Stabler. *Crawford County*, No. 3914. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., dissents.

**91–1201.** Cotofan v. Cully. *Cuyahoga County*, No. 58285. On motion to protect record. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**91–1304.** Payne v. Newburgh Hts. *Cuyahoga County*, No. 58380. On motion for leave to file cross-appeal instanter or, alternately, on motion to dismiss. Motion for leave to file granted and motion to dismiss overruled.

**91–1370.** Dewire v. Quality Stores, Inc. *Tuscarawas County*, No. 91AP030011. On motion to strike notice of appeal. Motion denied.

**91–1478.** State, ex rel. Hicks, v. Judges of the Court of Appeals of the First Appellate Dist. In Mandamus. On motion to dismiss, motion for peremptory or alternate writ, and request for oral argument. Motions and request denied.

DOUGLAS, J., would dismiss the cause on authority of *State v. Bonnell* (1991), 61 Ohio St.3d 179, 573 N.E.2d 1082.

**91–1520.** Monsler v. Cincinnati Cas. Co. *Franklin County*, No. 90AP–522. On motion for leave to amend memorandum in support. Motion granted.

**91–1562.** Ohio Student Loan Comm. v. Jamaal. *Cuyahoga County*, No. 58652. On motion for stay. Motion denied.

MOYER, C.J., dissents.